**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DOMINGO COLON MONTAÑEZ,

    Petitioner,

        v.

JEROME M. WALSH, Supervisor,

    Respondent.

CIVIL ACTION NO. 3:CV-13-2687

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

## ORDER

**NOW**, this 7th day of January, 2014, **IT IS HEREBY ORDERED** that:

(1) The Motion to Appoint Counsel (Doc. 5) is **DENIED**.

(2) The Report and Recommendation (Doc. 4) is **ADOPTED** and the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED without prejudice** to any right Petitioner has to seek authorization from the United States Court of Appeals for the Third Circuit to file a second or successive petition.

(3) A Certificate of Appealability **SHALL NOT ISSUE**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

                                        /s/ A. Richard Caputo
                                        A. Richard Caputo
                                        United States District Judge